IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ISS AVIATION, INC (WYOMING) AND ISS AVIATION, INC. (GUYANA);** §§§§§<br>**Plaintiffs,** §§§<br>**v.** §§§<br>**BELL TEXTRON, INC.** §§§<br>**Defendant.** § | **CIVIL ACTION NO.: 4:22-CV-00689-O**<br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL AND WITHDRAW**

COMES NOW, ISS Aviation, Inc. (Wyoming) and ISS Aviation, Inc. (Guyana) (herein after, "Plaintiffs") and along with its current and former counsel files this Unopposed Motion to Substitute Counsel and Withdraw and shows the Court as follows:

1. Lead counsel for Plaintiffs, Ms. Jervonne D. Newsome, has moved from Lynn, Pinker, Hurst, & Schwegmann, LLP to Winston & Strawn, LLP. Plaintiffs wish for Winston & Strawn, LLP to substitute in as their counsel in this matter.

2. In addition, Lynn, Pinker, Hurts, & Schwegmann, LLP and Michele Naudin with email address mnaudin@lynnllp.com wish to formally withdraw from this suit.

3. This substitution and withdrawal will not impact any deadlines in this litigation and will cause no delays as the parties have agreed to a brief extension of the current response deadline to Defendant's Motion to Dismiss. Plaintiffs will file an unopposed motion regarding same.

4. Counsel for the defendant has indicated that Defendant Bell Textron, Inc. has no objection to this motion.

WHEREFORE, premises considered, Plaintiffs respectfully request that Winston & Strawn, LLP be substituted as his counsel in this matter and that Lynn, Pinker, Hurst, & Schwegmann, LLP and Michele Naudin be allowed to withdraw.

Dated: October 18, 2022

    Respectfully submitted,

**WINSTON & STRAWN, LLP**

*/s/ Jervonne D. Newsome*
Jervonne D. Newsome
Texas Bar No. 24094869
jnewsome@winston.com
Winston & Strawn LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
T: 214-453-6500
F: 214-453-6400
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF CONFERENCE

    I hereby certify that counsel for Plaintiffs conferenced with counsel for Defendant and the law firm of Lynn, Pinker, Hurst, & Schwegmann about the substance of the motion presented herein. All parties and counsel have indicated that they were not opposed to the relief sought by this motion.

    */s/ Jervonne D. Newsome*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2022, the foregoing was served on all counsel of record via the Court's electronic filing notification system.

*/s/ Jervonne D. Newsome*